# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2011

140301

BRONSON METHODIST HOSPITAL,
     Plaintiff-Appellant,

v

ALLSTATE INSURANCE COMPANY,
     Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 140301
COA: 286087
Kalamazoo CC: 08-000066-NF

_____/

     On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of October 27, 2010. The application for leave to appeal the November 24, 2009 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2011

t0517

_____
Clerk